UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61230-CIV-DIMITROULEAS

GLENN GRUSKIN,

    Plaintiff,

vs.

HEALTH CLUB SYSTEMS CORPORATION,

    Defendant.

_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal (the "Stipulation") [DE 37], filed herein on May 10, 2023. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 37] is hereby **APPROVED**;
2. The above-styled action is hereby **DISMISSED WITHOUT PREJUDICE;** and
3. The Clerk is directed to **CLOSE** this case and **DENY as moot** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 11th day of May, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record