UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61230-CIV-DIMITROULEAS

GLENN GRUSKIN, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

HEALTH CLUB SYSTEMS CORPORATION,

    Defendant.
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal (the "Stipulation") [DE 37], filed herein on May 10, 2023. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 37] is hereby **APPROVED**;

2. The above-styled action is hereby **DISMISSED** with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs; and

3. This case shall remain **CLOSED**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 22nd day of December, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record